**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 11/20/2019

**THE UNITED STATES OF AMERICA,**

                     -against-                                    **19-CR-00093 (VEC)-1**

**TYMEEKE JOHNSON,**                                        **ORDER**

                            **Defendant.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        The status conference currently scheduled for Monday, November 25, 2019, at 3:00 p.m.

is RESCHEDULED for Tuesday, December 3, 2019, at 4:30 p.m. in Courtroom 219, Thurgood

Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but

need not attend this conference.

**SO ORDERED**.

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:        November 20, 2019
                     New York, New York