USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-                                  S1 19-CR-93 (VEC)

TYMEEKE JOHNSON,                      ORDER

                            Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS as part of Mr. Johnson's sentence, which was imposed on November 1, 2019, he must appear before the undersigned once a year during the term of his probation, with the first such appearance scheduled for November 6, 2020, Dkt. 50 at 5;

IT IS HEREBY ORDERED THAT the next status conference before the undersigned is scheduled for **November 6, 2020, at 11:00 A.M.** No later than **October 30, 2020**, the parties may request that the conference be re-scheduled to a more convenient time and date.

**SO ORDERED.**

Date: **December 30, 2019**                              _____
      New York, NY                              **VALERIE CAPRONI**
                                                   **United States District Judge**