USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

TYMEEKE JOHNSON,

    Defendant.

-----------------------------------------------------------------X

19-CR-00093 (VEC)-1

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

A status conference with the Defendant and defense counsel is scheduled for Tuesday, February 11, 2020, at 4:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 2, 2020
              New York, New York