**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2020

**THE UNITED STATES OF AMERICA,**

                    **-against-**

**TYMEEKE JOHNSON,**

                              **Defendant.**

-------------------------------------------------------------X

**19-CR-00093 (VEC)-1**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

        The status conference currently scheduled for Tuesday, February 11, 2020, at 4:30 p.m.

in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, is

RESCHEDULED for Wednesday, February 12, 2020, at 3:00 p.m. The Government is invited

but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        February 11, 2020
                    New York, New York