**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

-against-

TYMEEKE JOHNSON,

Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020

**19-CR-00093 (VEC)-1**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On Wednesday, February 12, 2020, a status conference was held as part of Johnson's special conditions of supervision to appear before the undersigned once every two months. The next conference is scheduled for Monday, April 6, 2020, at 4:30 p.m., in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

As part of the terms of his supervised release, Johnson is to complete 100 hours of community service each year of supervision. At the April 6 conference, Johnson must provide an update to the Court on the progress of his community service requirement. In light of the time he has spent on supervised release, it is the Court's view that he should complete at least 25 hours of community service by April 6.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 13, 2020
           New York, New York