**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

           **-against-**

**TYMEEKE JOHNSON,**

           **Defendant.**

---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 5/28/2020

**19-CR-00093 (VEC)-1**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      A status conference with the Defendant and defense counsel is scheduled for Wednesday,

June 10, 2020, at 2:00 p.m. and will be held telephonically. At that time, defense counsel and the

Defendant should call into the Court's dedicated conference line at (877) 402-9757, and enter

Access Code 793-8632, followed by the pound (#) key. The Government is invited but need not

attend this conference.

**SO ORDERED**.

_____

SARAH NETBURN
United States Magistrate Judge

DATED:      May 28, 2020
            New York, New York