UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-                                      19-CR-00093 (VEC)

TYMEEKE JOHNSON,                          **STATUS
CONFERENCE ORDER**

                          **Defendant.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference with the Defendant and defense counsel is scheduled for Tuesday, August 4, 2020, at 11:00 a.m. and will be held telephonically. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 27, 2020
               New York, New York