```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

TYMEEKE JOHNSON,

        **Defendant.**

-----------------------------------------------------------------X

19-CR-00093 (VEC)

**STATUS CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference with the Defendant and defense counsel is scheduled for Tuesday, October 6, 2020, at 11:00 a.m. and will be held telephonically. At that time, the Defendant and defense counsel should call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 6, 2020
                  New York, New York