USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA,           :
                                             :
            -against-                        :                  S1 19-CR-93 (VEC)
                                             :
    TYMEEKE JOHNSON,                   :                  <u>ORDER</u>
                                             :
                           Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 29, 2020, the Court held a Violation of Probation hearing in this matter;

       WHEREAS during the hearing, Mr. Johnson pled not guilty to the specifications; and

       WHEREAS on or about October 5, 2020, Mr. Johnson is set to begin an internship and job training program through Project Renewal;

       IT IS HEREBY ORDERED THAT the condition of Mr. Johnson's probation to appear at a teleconference with Magistrate Judge Sarah Netburn on a bi-monthly basis is cancelled until further directed.  The teleconference scheduled for October 6, 2020 is cancelled.

       IT IS FURTHER ORDERED THAT Mr. Johnson's obligation to perform 100 hours of community service per year of Probation is hereby temporarily suspended.  Despite this suspension, Mr. Johnson may choose to complete community service hours.

       IT IS FURTHER ORDERED THAT from October 5, 2020, Mr. Johnson is to attend the Project Renewal internship and job training program each day.  Failure to attend due to a medical reason requires the submission of a doctor's note.  Probation is instructed to inform this Court of any unexcused failure to attend the Project Renewal program.

IT IS FURTHER ORDERED that a status conference will be held on **Thursday, December 3, 2020, at 2:00 P.M.** The proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that interested members of the public may attend the December 3, 2020 conference by dialing 1-888-363-4749, using the access code 3121171 and the security code 0093. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date: September 30, 2020
New York, NY

**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.