**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _  10/1/2020
```

**THE UNITED STATES OF AMERICA,**

               **-against-**

**TYMEEKE JOHNSON,**

                          **Defendant.**

-------------------------------------------------------------------X

                                **19-CR-00093 (VEC)**

                                 <u>**ORDER**</u>

**SARAH NETBURN, United States Magistrate Judge**:

      The status conference with the Defendant and defense counsel currently scheduled for

Tuesday, October 6, 2020, at 11:00 a.m. is adjourned sine die.

**SO ORDERED**.

                                _____
                                SARAH NETBURN
                                United States Magistrate Judge

DATED:     October 1, 2020
             New York, New York