USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
::
UNITED STATES OF AMERICA :
:
-v- : 19-CR-93 (VEC)
:
TYMEEKE JOHNSON, : ORDER
:
Defendant. :
:
-------------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is currently scheduled for Thursday, December 3, 2020, at 2:00 PM;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the conference is adjourned to **Thursday, December 10, 2020, at 2:00 P.M.**

IT IS FURTHER ORDERED that that due to the rising number of COVID-19 cases in New York City, the conference will take place via Skype video conference. The parties will be emailed a Skype video link separately. Defense counsel must coordinate with Mr. Johnson to ensure he can access the Skype video link at the required time. Any interested members of the public may listen to the proceeding remotely by dialing 1-917-933-2166 and using the conference ID number 444335867.

IT IS FURTHER ORDERED that the Defendant must file a waiver of physical appearance by no later than **Monday, December 7, 2020**.

SO ORDERED.

Dated: November 20, 2020
       New York, New York                    _____
                                             Valerie Caproni
                                             United States District Judge