USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA                                             :
                                                                     :
                        -v-                                          :  19-CR-93 (VEC)
                                                                     :
TYMEEKE JOHNSON,                                                     :  ORDER
                                                                     :
                        Defendant.                                   :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 10, 2020, the parties appeared for a conference;

IT IS HEREBY ORDERED that Mr. Johnson must continue to seek employment. Until Mr. Johnson secures employment, he must complete 10 hours of community service each week.

IT IS FURTHER ORDERED that if Mr. Johnson tests positive for a narcotic, Probation must inform the Court and refer Mr. Johnson for in patient drug treatment.

IT IS FURTHER ORDERED that the next conference in this matter is scheduled for **Thursday, March 18, 2021, at 2:30 P.M.** Probation must submit a status report to the Court and the parties by no later than **Wednesday, March 10, 2021**. The conference will be with this Court; the bi-monthly conferences with Magistrate Judge Netburn remain suspended. The Court is hopeful that the conference will held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions.

IT IS FURTHER ORDERED that interested members of the public may attend the conference by dialing 1-888-363-4749, using the access code 3121171 and the security code

0093. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: December 10, 2020**
**New York, New York**

_____
**Valerie Caproni**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.