USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
  :
UNITED STATES OF AMERICA  :
  :
      -v-  :      19-CR-93 (VEC)
  :
TYMEEKE JOHNSON,  :      ORDER
  :
      Defendant.  :
  :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a status conference in this matter is currently scheduled for Thursday, March 18, 2021, at 2:30 P.M.;

    IT IS HEREBY ORDERED that the status conference is adjourned to **Tuesday, March 30, 2021, at 11:30 A.M.**

    IT IS FURTHER ORDERED that the status conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.

    IT IS FURTHER ORDERED that interested members of the public may attend the conference by dialing 1-888-363-4749, using the access code 3121171 and the security code 0093.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated:  March 15, 2021**
       **New York, New York**        _____
                                                      **Valerie Caproni**
                                                    **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.