**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/2021

April 23, 2021

**BY ECF**

 MEMO ENDORSED

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** <u>United States v. Tymeeke Johnson,</u>
19 Cr. 93 (VEC)

Dear Judge Caproni:

  I write to request that the Court adjourn the conference currently scheduled for May 29, 2021, by 6 to 8 weeks. As I believe the Court is aware, Mr. Johnson recently suffered gunshot injuries that required extended hospitalization and surgery. He has been now been discharged from the hospital, but he remains in considerable pain and can hardly walk. Because it would be a hardship for him to appear in court and because there is no other substantive update in his case at this time, I request that the conference be adjourned to allow Mr. Johnson to recover. Mr. Johnson was informed by his doctor that he should begin to feel more like himself in approximately 6 to 8 weeks.

  Neither the government nor the Probation Department has any objection to this request.

Respectfully submitted,

Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Kyle Wirshba
   USPO Larren Riley Jr.

The status conference currently scheduled for Thursday, April 29, 2021, at 3:00 P.M. is hereby adjourned *sine die*.

By no later than **Friday, June 18, 2021**, Probation must update the Court on Mr. Johnson's health and whether Probation believes he is ready to resume his job search and community service requirements. Upon Probation's report that Mr. Johnson has recovered from his injuries, the Court will reschedule the conference.

SO ORDERED.

Date: April 23, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE