USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA        :
        :
   -  against -        :      19-CR-93 (VEC)
        :
TYMEEKE JOHNSON,        :      ORDER
        :
        Defendant.        :
        :
------------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 10, 2020, the Court ordered Mr. Johnson to continue to seek employment and to complete 10 hours of community service each week until he secures a job, Dkt. 70;

    WHEREAS on March 30, 2021, the parties appeared for a conference and Mr. Johnson reported that he had not secured employment or completed any community service hours;

    WHEREAS on March 30, 2021, the Court again ordered Mr. Johnson to seek employment and to complete 10 hours of community service each week until he secures a job, Dkt. 74;

    WHEREAS on April 23, 2021, Defense counsel informed the Court that Mr. Johnson had suffered gunshot injuries requiring hospitalization, Dkt. 75;

    WHEREAS on April 23, 2021, the Court adjourned an upcoming status conference *sine die* and required that Probation update the Court in six weeks on Mr. Johnson's health and whether Probation believes he is ready to resume his job search and community service requirements, Dkt. 76;

WHEREAS on June 22, 2021, Probation reported that Mr. Johnson is undergoing physical therapy but otherwise feels fine physically and that it sees no reason why Mr. Johnson could not resume his employment search and community service obligations;

WHEREAS on June 23, 2021, the Court ordered Mr. Johnson to resume his search for employment and to complete 10 hours of community service each week until he has obtained at least part time (defined as at least 20 hours per week) employment, Dkt. 77;

WHEREAS in the same order, the Court required Mr. Johnson to provide proof of community service and proof of efforts to obtain employment to Probation each week on a day of the week to be set by Probation., *id.*;

WHEREAS on July 27, 2021, the parties appeared at a conference;

WHEREAS at the conference, Mr. Johnson reported that he had not secured employment or completed any community service hours; and

WHEREAS Probation has scheduled community service hours for Mr. Johnson to complete on Thursday, July 29, 2021;

IT IS HEREBY ORDERED that Mr. Johnson must complete the scheduled community service hours on Thursday, July 29, 2021. Mr. Johnson must provide proof of having completed the hours to Probation in a form and on a day set by Probation. Probation must inform the Court if Mr. Johnson fails to complete the community service scheduled for July 29, 2021, or if Mr. Johnson fails to submit proof as required by Probation that he completed the hours.

IT IS FURTHER ORDERED that Mr. Johnson must seek employment and, until he has a job (defined as at least 20 hours per week), he must complete 10 hours of community service each week. On a day of the week to be set by Probation, Mr. Johnson must update Probation on his efforts to find a job and on the community service hours that he completed. If any week passes in which Mr. Johnson fails to make efforts to secure employment or complete the required

hours of community service, or if Mr. Johnson fails to update Probation on his progress, Probation must promptly report the same to the Court. If Mr. Johnson fails to meet those obligations, the Court will schedule a hearing on Mr. Johnson's alleged violations of the terms of his Probation.

IT IS FURTHER ORDERED that Mr. Johnson must be drug tested at least once every three months. Probation must inform the Court if Mr. Johnson tests positive for any controlled substances.

IT IS FURTHER ORDERED that Probation must submit a status report to the Court and the parties by no later than **Friday, October 29, 2021**. The status report must update the Court on Mr. Johnson's attempts to secure employment, the number of community service hours he has completed, and the results of drug testing.

IT IS FURTHER ORDERED that the next conference in this matter is scheduled for **Tuesday, November 4, 2021, at 10:00 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions.

IT IS FURTHER ORDERED that interested members of the public may attend the conference by dialing 1-888-363-4749, using the access code 3121171 and the security code 0093. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: July 27, 2021**
    **New York, New York**                              _____
                                                                **Valerie Caproni**
                                                          **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.