USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                    :
UNITED STATES OF AMERICA                                            :
                                                                    :
              -    against -                                        :          19-CR-93 (VEC)
                                                                    :
TYMEEKE JOHNSON,                                                    :          ORDER
                                                                    :
                                  Defendant.                        :
                                                                    :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 27, 2021, the parties appeared at a conference in this matter;

WHEREAS Probation reported that it had scheduled community service hours for Mr.

Johnson to complete on Thursday, July 29, 2021;

WHEREAS among other obligations, the Court informed Mr. Johnson that he must

complete the scheduled community service hours and that he must provide proof of having

completed the hours to Probation, Dkt. 78;

WHEREAS at the conference Mr. Johnson said that he would appear and perform the

community service as required;

WHEREAS at the conference, the Court informed Mr. Johnson that if he failed to

complete the required community service or to satisfy the other obligations imposed by the

Court, the Court would schedule a hearing on Mr. Johnson's alleged violations of the terms of

his Probation, *id.*; and

WHEREAS on July 29, 2021, Probation informed the Court that Mr. Johnson failed to

perform the community service scheduled for July 29, 2021;

IT IS HEREBY ORDERED that a hearing on Mr. Johnson's alleged violations of the terms of his Probation is scheduled for **Tuesday, August 17, 2021 at 3:30 P.M.**  The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.

IT IS FURTHER ORDERED that Probation must submit a status report to the Court and to the parties by no later than **Monday, August 16, 2021 at 2:30 P.M.**  The status report must update the Court on Mr. Johnson's attempts to secure employment and the number of community service hours that he has completed.

IT IS FURTHER ORDERED that interested members of the public may attend the conference by dialing 1-888-363-4749, using the access code 3121171 and the security code 0093.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated:** July 30, 2021
      New York, New York

                                        **Valerie Caproni**
                               **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.