USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
    - against -                                      :  19-CR-93 (VEC)
:
TYMEEKE JOHNSON,                                                        :  ORDER
:
                Defendant. :
:
------------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS at a July 27, 2021 conference, the Court informed Mr. Johnson that if he failed to complete required community service or to satisfy additional obligations imposed by the Court, then the Court would schedule a hearing on Mr. Johnson's alleged violations of the terms of his Probation, Dkt. 78;

      WHEREAS on July 29, 2021, Probation informed the Court that Mr. Johnson had failed to attend a community service program that Mr. Johnson had told the Court he would attend that day;

      WHEREAS on July 30, 2021, the Court scheduled a hearing on Mr. Johnson's alleged violations of the terms of his Probation and required that Probation submit a status report to the Court on Mr. Johnson's attempts to secure employment and the number of community service hours that he had completed, Dkt. 79;

      WHEREAS on August 16, 2021, Probation reported that Mr. Johnson had only completed 5.5 hours of community service between the July 27, 2021 conference and August 16, 2021;

      WHEREAS on August 17, 2021, the parties appeared for a hearing;

WHEREAS at the conference, Mr. Johnson reported that he had begun volunteering at a school across the street from his mother's home for four hours each day; and

WHEREAS the Government reported that it was not prepared to proceed to a hearing on Mr. Johnson's alleged violations of the terms of his probation;

IT IS HEREBY ORDERED that the hearing on the alleged violations of the terms of Mr. Johnson's probation is scheduled for **Tuesday, August 31, 2021 at 3:30 P.M.**  The parties must come prepared to conduct a hearing on the alleged violations, or to dispose of them with an admission from Mr. Johnson.

IT IS FURTHER ORDERED that Probation must submit a status report to the Court and to the parties by no later than **Friday, August 27, 2021**.  The report must include the number of community service hours that Mr. Johnson completed in the ten-day period between August 17, 2021 and August 27, 2021.  The report should also include the results of the drug test taken by Probation on August 17, 2021.

IT IS FURTHER ORDERED that if there is an admission or a finding that Mr. Johnson violated the terms of Probation, following the hearing on August 31, 2021, the Court will proceed directly to sentence, unless Mr. Johnson has presented to Probation proof of employment or proof that he completed a substantial number of community service hours by August 27, 2021, in which case the Court will consider any request by the Defense for an adjournment of sentence on the violation of probation.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

      IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

      IT IS FURTHER ORDERED that interested members of the public may attend the conference by dialing 1-888-363-4749, using the access code 3121171 and the security code 0093.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: August 18, 2021**
       **New York, New York**　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                                              **Valerie Caproni**
                                                             **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.