USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA                                             :
                                                                     :
            - against -                                              :      19-CR-93 (VEC)
                                                                     :
TYMEEKE JOHNSON,                                                     :      ORDER
                                                                     :
                        Defendant.                                   :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 31, 2021, the parties appeared for a hearing on Mr. Johnson's alleged violations of the terms of his Probation;

WHEREAS Mr. Johnson admitted the second specification, use of a controlled substance (marijuana), in Probation's September 16, 2020 report; and

WHEREAS at the conference, Mr. Johnson made the following commitments to the Court and expressly acknowledged that if he fails to keep any of the commitments, then the Court will proceed directly to sentencing:

1. Mr. Johnson must arrive on time and participate willingly in the assessment at Samaritan Daytop New Beginnings on **Friday, September 17, 2021**. If the assessment is rescheduled, Mr. Johnson must attend at the new date and time.

2. If Mr. Johnson is accepted into the program at Samaritan Daytop New Beginnings, he must arrive on time to all sessions, he must participate actively in the program, and he must have no unexcused absences.

3. Mr. Johnson must report on time to all meetings and appointments with Probation.

4. By no later than **Tuesday, August 31, 2021**, Mr. Johnson must provide Probation

with the login information to his New York Cares account.

5. Mr. Johnson must continue to seek employment and, until he has a full-time job (defined as at least 35 hours per week), he must complete 10 hours of community service each week.  On a day of the week to be set by Probation, Mr. Johnson must update Probation on his efforts to find a job and on the community service hours that he completed during the prior week.

6. Mr. Johnson must keep Probation apprised regarding the prospect of employment by Target, including any requirement that he be vaccinated if offered a position.

IT IS FURTHER ORDERED that Mr. Johnson's sentencing on the violation of probation is adjourned to **Tuesday, March 8, 2022 at 11:00 A.M.**  Sentencing submissions are due **Tuesday, February 22, 2022**.

IT IS FURTHER ORDERED that Probation must promptly inform the Court if Mr. Johnson fails to comply with any of the commitments outlined above, even if the non-compliance is minor.  If Mr. Johnson fails to carry out his commitments, in any way, the Court will immediately schedule Mr. Johnson for sentencing.

IT IS FURTHER ORDERED that the sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.  Any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend the sentencing by dialing 1-888-363-4749, using the access code 3121171 and the security code 0093. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: August 31, 2021**
      **New York, New York**

_____
      **VALERIE CAPRONI**
      **United States District Judge**