USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
           - against -                                      :          19-CR-93 (VEC)
                                                            :
TYMEEKE JOHNSON,                                            :          ORDER
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 31, 2021, the parties appeared for a hearing on Mr. Johnson's

alleged violations of the terms of his Probation;

       WHEREAS Mr. Johnson admitted the second specification, use of a controlled substance

(marijuana), in Probation's September 16, 2020 report, Dkt. 81;

       WHEREAS at the conference, Mr. Johnson made a number of commitments to the Court

and expressly acknowledged that if he fails to keep any of the commitments, then the Court will

proceed directly to sentencing, *id.*;

       WHEREAS one of those commitments was that, on a day of the week to be set by

Probation, Mr. Johnson must update Probation on his efforts to find a job and on the community

service hours that he completed during the prior week, *id.*;

       WHEREAS the Court ordered Probation to inform the Court if Mr. Johnson failed to

comply with any of the commitments the commitments, even if the non-compliance is minor, *id.*;

       WHEREAS on October 25, 2021, Probation reported to the Court that Mr. Johnson "has

completed and verified only 2 weeks" of his community service, but that he has failed to provide

the logs of additional hours to his Probation Officer;

WHEREAS Probation further reports that on or about October 9, 2021, Mr. Johnson was arrested and that according to the police report, NYPD officers recovered a loaded black .380 caliber Ruger firearm "within reachable grasp of Mr. Johnson;" and

WHEREAS on October 25, 2021, the Court signed a summons requiring Mr. Johnson's appearance;

IT IS HEREBY ORDERED that Mr. Johnson must appear for a status conference on **Thursday, November 4, 2021 at 2:00 P.M.**  The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that by no later than **Tuesday, November 2, 2021**, the Government must update the Court on the status of the DNA analysis of the firearm and when the Bronx County District Attorney's Office expects to receive the results.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated:** October 26, 2021
      New York, New York                                    _____
                                             **VALERIE CAPRONI**
                                 **United States District Judge**